**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Jimmy Harold Green v. The State of Texas

Appellate case number:   01-12-00029-CR

Trial court case number:  10CR3171

Trial court:                      122nd District Court of Galveston County

In the above referenced appeal, a video/DVD, was admitted into evidence at trial as State's Exhibit No. 1.

The Galveston County District Clerk, or the court reporter if the exhibit is still in his or her possession, is directed to send the original of State's Exhibit No. 1, video/DVD, to this Court. The Clerk of this Court is directed to cooperate with the district clerk and/or the court reporter to provide for the safekeeping, transportation, and return of such exhibit. *See* TEX. R. APP. P. 34.6(g)(2).

The exhibit is due in this Court no later than October 25, 2012.

It is so ORDERED.

Judge's signature: /s/ Justice Higley
                                ☒ Acting individually     ☐ Acting for the Court

Date: October 22, 2012